IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC THIGPEN, | |
| Plaintiff, | 4:18-CV-3100 |
| vs. | |
| OMAHA TRUCK CENTER, INC., a Nebraska corporation, | JUDGMENT |
| Defendant. | |

On the parties' stipulation for dismissal with prejudice (filing 59), this case is dismissed with prejudice, with each party to bear his or its own costs and fees.

Dated this 6th day of September, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge